## BORGIO v. GANGE.

(Supreme Court, Appellate Term. March 24, 1904.)

1. BROKERS—SALE OF REAL ESTATE—WRITTEN AUTHORITY—COMMISSIONS.

    A real estate broker is not entitled to recover commissions for procuring customers for the purchase of real estate for defendant, in the absence of proof of written authority from the owner to offer the property for sale.

Appeal from Municipal Court, Borough of Manhattan, Sixth District.

Action by Alberto Brogio against Antonia Gange.   From a Municipal Court judgment in favor of plaintiff, defendant appeals.   Reversed.

Argued before FREEDMAN, P. J., and SCOTT and BLANCHARD, JJ.

A. J. Oishei, for appellant.
J. J. Freschi, for respondent.

PER CURIAM.   This action was brought to recover commissions claimed to have been earned by plaintiff's assignor in procuring customers for the purchase of two houses owned by the defendant.   As the plaintiff failed to prove that he had any written authority from the owner to offer the property for sale, he cannot recover.   Peck v. Antes (Sup.) 84 N. Y. Supp. 252.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.